FILED
CLERK, U.S. DISTRICT COURT

MARCH 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr                    DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TBB VALLEY INVESTMENTS, LLC, <br><br> PLAINTIFF(S) <br> v. <br> JOANNE B. ATKINS et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV 21-1310-FMO (JPRx) <br><br> ORDER RE REQUEST TO PROCEED <br> *IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____         _____
Date                              United States Magistrate Judge

---

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☒ Other:  Removal is improper because Plaintiff could not have initiated this unlawful-detainer action in federal court.

Comments:
See attached proposed remand order.

February 26, 2021                 /s/ [signature]
Date                              United States Magistrate Judge

---

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED                                      ☐ DISMISSED.
☒ DENIED (see comments above).  IT IS FURTHER ORDERED that this case is hereby:   ☒ REMANDED.

March 1, 2021                     /s/ Fernando M. Olguin
Date                              United States District Judge

CV-73 (01/15)                     ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*